UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL LEVEK, | ) | No. 2:23-cv-01936-JFW (JDE) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

Under 28 U.S.C. § 636, the Court has reviewed the Complaint (Dkt. 1), the Order to Show Cause issued by the assigned magistrate judge (Dkt. 5), and the Report and Recommendation of the magistrate judge (Dkt. 9, "Report"). As no party filed any timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: April 27, 2023

JOHN F. WALTER
United States District Judge